# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Gregory B. Wormuth

## ARRAIGNMENT/DETENTION

| | | | |
|---|---|---|---|
| Case Number: | CR 25-975 GBW | UNITED STATES vs. SALAS-AGUILAR | |
| Hearing Date: | 5/2/2025 | Time In and Out: | 11:59-12:03 p.m. (1 MIN) |
| Courtroom Deputy: | K. SOLIS | Digital Recording: | SIERRA BLANCA |
| Defendant: | ERIKA PAULETT SALAS-AGUILAR | Defendant's Counsel: | ROSANNE CAMUNEZ |
| AUSA: | JAMES DICKENS | Pretrial/Probation: | JENNIFER RAMOS |
| Interpreter: | ENITH VALDES ORTIZ | | |

### Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Information
- ☒ Defendant enters a Not Guilty plea
- ☐ Motions due by:
- ☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☐ Case assigned to:
- ☒ Trial will be scheduled by presiding judge (if necessary) ☒ Counsel to notify Court if Defendant wishes to proceed to trial or plea
- ☐ Defendant waives Detention Hearing

### Custody Status

- ☒ Defendant detained as a FLIGHT RISK
- ☐ Conditions

### Other

- ☐